UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF EDUCATION,<br><br>　　　　　Defendant. | Civil Action No. 24-3308 (LLA) |

**JOINT STATUS REPORT**

Pursuant to the Court's January 29, 2025, Order, Plaintiff National Student Legal Defense Network ("Student Defense") and Defendant the Department of Education ("Department"), through undersigned counsel, provide the Court an update on this Freedom of Information Act ("FOIA") action.

Plaintiff brings this action seeking records relating to an enforcement action the agency took against Grand Canyon University. *See generally* Compl. In accordance with the Court's order, the parties provide the following update:

1.　　　In the January 27, 2025 Joint Status Report the Department stated that its Office of Finance & Operations and Office of General Counsel had completed their searches for potentially responsive records, had identified a little over 15,000 potentially responsive pages, and was considering whether there were any additional offices or locations to be searched.

2.　　　On February 28, 2025, Plaintiff received a production of 1,530 pages. Counsel for Plaintiff subsequently called the "direct line" provided by the Department attorney ("Agency Contact") who submitted the response to determine whether the identified 15,000 documents was

a typo and if the 1,530 documents represented the Department's full production. The number did not ring, and messages for Agency Contact were unanswered.

3.      On March 26, 2025, Counsel for the United States of America contacted counsel for Plaintiff to inform them that Agency Contact was no longer with the Department and that the Department had not yet provided a new agency contact. Counsel for Defendant has attempted to reach contacts at the Department to receive an update on this action, but has not yet been successful. In light of this, the Department is unable to provide a more substantive update at this time, but hopes to be able to do so by the next status report deadline.

4.      Accordingly, the parties are unable to provide a full substantive update by the March 28, 2025 deadline to file a Joint Status Report.

5.      At this time, the Department does not anticipate filing a motion under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976), and the parties agree that it is premature for the Department to prepare a *Vaughn* Index or otherwise schedule the filing of any dispositive motions.

6.      The parties propose to update the Court as to the status of the Department's handling of this request on or before later than April 30, 2025. A proposed order is included herein.

Dated: March 28, 2025                    Respectfully submitted,


                                         */s/ Chris Bryant*
                                         Chris Bryant
                                         D.C. Bar No. 1673495
                                         National Student Legal Defense Network
                                         1701 Rhode Island Avenue, NW
                                         Washington, D.C. 20036
                                         chris@defendstudents.org

                                         *Attorney for Plaintiff*

                                         EDWARD R. MARTIN, JR. D.C. Bar #481866
                                         United States Attorney


                                         By: */s/ Brenda González Horowitz*
                                               BRENDA GONZÁLEZ HOROWITZ
                                               Assistant United States Attorney
                                               601 D Street, NW
                                               Washington, DC 20530
                                               (202) 252-2512

                                         *Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL STUDENT LEGAL DEFENSE
NETWORK,
               Plaintiff,

      v.                                         Civil Action No. 24-3308 (LLA)

DEPARTMENT OF EDUCATION,

               Defendant.

## **[PROPOSED] ORDER**

     Upon consideration of the parties' joint status report, it is hereby ordered that the parties

shall file a status report apprising the Court of the progress of Defendant's response to Plaintiff's

FOIA request on or before April 30, 2025.

SO ORDERED.

_____         _____
Dated                         LOREN L. ALIKHAN
                              United States District Judge