UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK,<br>        Plaintiff,<br><br>      v.<br><br>DEPARTMENT OF EDUCATION,<br><br>        Defendant. | Civil Action No. 24-3308 (LLA) |

## JOINT STATUS REPORT

Pursuant to the Court's March 28, 2025, Minute Order, Plaintiff National Student Legal Defense Network ("Student Defense") and Defendant the Department of Education ("Department"), through undersigned counsel, provide the Court an update on this Freedom of Information Act ("FOIA") action.

Plaintiff brings this action seeking records relating to an enforcement action the agency took against Grand Canyon University. *See generally* Compl. In accordance with the Court's order, the parties provide the following update:

    1.    In the January 27, 2025 Joint Status Report the Department stated that its Office of Finance & Operations and Office of General Counsel had completed their searches for potentially responsive records, had identified a little over 15,000 potentially responsive pages, and was considering whether there were any additional offices or locations to be searched.

    2.    On February 28, 2025, Plaintiff received a production of 1,530 pages. Counsel for Plaintiff subsequently called the "direct line" provided by the Department attorney ("Agency Contact") who submitted the response to determine whether the identified 15,000 documents was

a typo and if the 1,530 documents represented the Department's full production. The number did not ring, and messages for Agency Contact were unanswered.

3. Education now reports that it plans to resume processing of the subparts of the request and anticipates that its next interim response will be on or about May 30, 2025, with the understanding that the interim response provided at that time may only be an update as to the status of those resumption efforts.

4. The parties propose to update the Court as to the status of the Department's handling of this request on or before later than June 30, 2025. A proposed order is included herein.

Dated: April 30, 2025                      Respectfully submitted,

*/s/ Chris Bryant*
Chris Bryant
D.C. Bar No. 1673495
National Student Legal Defense Network
1701 Rhode Island Avenue, NW
Washington, D.C. 20036
chris@defendstudents.org

*Attorney for Plaintiff*

EDWARD R. MARTIN, JR. D.C. Bar #481866
United States Attorney

By: */s/ Brenda González Horowitz*
BRENDA GONZÁLEZ HOROWITZ
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2512

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK,<br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF EDUCATION,<br><br>　　　　Defendant. | Civil Action No. 24-3308 (LLA) |

**[PROPOSED] ORDER**

Upon consideration of the parties' joint status report, it is hereby ordered that the parties shall file a status report apprising the Court of the progress of Defendant's response to Plaintiff's FOIA request on or before June 30, 2025.

SO ORDERED.

_____  　　　　　　　_____
Dated　　　　　　　　　　　　　　　　　　LOREN L. ALIKHAN
　　　　　　　　　　　　　　　　　　　　　United States District Judge