UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK,<br>        Plaintiff,<br><br>v.<br><br>DEPARTMENT OF EDUCATION,<br><br>        Defendant. | Civil Action No. 24-3308 (LLA) |

**JOINT STATUS REPORT**

Pursuant to the Court's May 1, 2025, Minute Order, Plaintiff National Student Legal Defense Network ("Student Defense") and Defendant the Department of Education ("Department"), through undersigned counsel, provide the Court an update on this Freedom of Information Act ("FOIA") action.

Plaintiff brings this action seeking records relating to an enforcement action the agency took against Grand Canyon University. *See generally* Compl. In accordance with the Court's order, the parties provide the following update:

1. In the January 27, 2025 Joint Status Report the Department stated that its Office of Finance & Operations and Office of General Counsel had completed their searches for potentially responsive records, had identified a little over 15,000 potentially responsive pages, and was considering whether there were any additional offices or locations to be searched. The Department now clarifies that there were not 15,000 potentially responsive pages as both the Office of Finance and Operations and Office of General Counsel located the same records through their searches. The total universe of records was 7,570 pages.

2. On February 28, 2025, Plaintiff received a production of 1,530 pages. Counsel for Plaintiff subsequently called the "direct line" provided by the Department attorney ("Agency Contact") who submitted the response to determine whether the identified 15,000 documents was a typo and if the 1,530 documents represented the Department's full production. The number did not ring, and messages for Agency Contact were unanswered.

3. Education previously reported that it was resuming review of the scope of potentially responsive records as to the underlying request. The Department of Education anticipates making a production consisting of 656 pages on or before June 27, 2025. There remain approximately 4,600 pages for review.

4. The parties propose to update the Court as to the status of the Department's handling of this request on or before later than August 29, 2025. A proposed order is included herein.

Dated: June 30, 2025                    Respectfully submitted,

*/s/ Chris Bryant*
Chris Bryant
D.C. Bar No. 1673495
National Student Legal Defense Network
1701 Rhode Island Avenue, NW
Washington, D.C. 20036
chris@defendstudents.org

*Attorney for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Brenda González Horowitz*
    BRENDA GONZÁLEZ HOROWITZ
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK,<br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF EDUCATION,<br><br>　　　　Defendant. | Civil Action No. 24-3308 (LLA) |

**[PROPOSED] ORDER**

Upon consideration of the parties' joint status report, it is hereby ordered that the parties shall file a status report apprising the Court of the progress of Defendant's response to Plaintiff's FOIA request on or before August 29, 2025.

SO ORDERED.


_____　　　　　_____
Dated　　　　　　　　　　　　　　　　　　LOREN L. ALIKHAN
　　　　　　　　　　　　　　　　　　　　　United States District Judge

3